IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEASLEY MEDIA GROUP, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:23-cv-03614 |
| ANTHONY GARGANO, | : |
| and | : |
| BSN LIVE, INC. d/b/a ALLCITY NETWORK | : |
| Defendants. | : |

**PLAINTIFF BEASLEY MEDIA GROUP, LLC'S STATEMENT OF MEMBER CITIZENSHIP**

Pursuant to this Court's September 18, 2023 Order [ECF No. 7], Beasley Media Group, LLC hereby certifies that it is a Delaware limited liability company, whose sole member is Beasley Mezzanine Holdings, LLC ("BMH"). BMH is a Delaware limited liability company, whose sole member is Beasley Broadcast Group, Inc. ("BBG"), a publicly traded company. BMH is a wholly owned subsidiary of BBG. BBG is a Delaware corporation with its principal place of business located at 3033 Riviera Drive, Suite 200, Naples, Florida, 34103.

Dated: September 19, 2023          Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: /s/ Gabrielle A. Giombetti
Andrew S. Gallinaro (PA #201326)
Gabrielle Giombetti (PA #321118)
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Phone: 610.230.2132
Email: agallinaro@fisherphillips.com
ggiombetti@fisherphillips.com

FP 48251819.1

and

Michael Elkon (*pro hac vice pending*)
1230 Peachtree Street, NE
Suite 3300
Atlanta, GA 30309
Phone: 404.231.1400
Email: melkon@fisherphillips.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Gabrielle A. Giombetti, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing to be served via electronic mail on the following counsel of record:

Scott M. Pollins
Pollins Law
303 W. Lancaster Ave., Ste. 1C,
Wayne, PA  19087
scott@pollinslaw.com
Counsel for Defendants

Date: September 19, 2023                                                          /s/ Gabrielle A. Giombetti