**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BEASLEY MEDIA GROUP, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY GARGANO and BSN LIVE,** | : | |
| **INC., d/b/a ALLCITY NETWORK** | : | **NO. 23-3614** |

## ORDER

**NOW**, this 20th day of September, 2023, upon consideration of Plaintiff Beasley Media Group, LLC's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 4) and after a conference with the parties, it is **ORDERED** that a hearing on the motion is scheduled for **Tuesday, October 10, 2023,** at **11:00 a.m.,** in **Courtroom 9A**, United States Courthouse, 601 Market Street, Philadelphia, PA.

                        /s/ Timothy J. Savage
                      TIMOTHY J. SAVAGE, J.