**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BEASLEY MEDIA GROUP, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY GARGANO and BSN LIVE,** | : | |
| **INC., d/b/a ALLCITY NETWORK** | : | **NO. 23-3614** |

## ORDER

**NOW**, this 25th day of January, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the settlement agreement.

_____
TIMOTHY J. SAVAGE, J.